## 6075.  BERRY v. CITY OF JACKSON.

RUSSELL, C. J.  There was no error in overruling the certiorari.

(a) On a trial by a municipal court, the extent to which the credibility of witnesses, who admit that their obtaining a stipulated reward is dependent on conviction of the accused, may be affected by that fact is a matter left to the trial court.  It may altogether disregard a witness thus interested, or may believe him.  *Ford* v. *State*, 13 *Ga. App.* 68 (4), 69 (78 S. E. 782).

(b) An oral expression, on the part of the trial judge, of doubt as to the sufficiency of the proof of the defendant's guilt, whether made prior to the signing of the judgment of guilty or thereafter, can not be used to impeach that judgment.  See *Jackson* v. *State*, 15 *Ga. App.* 179 (2), 180 (82 S. E. 771), and cases cited.                    *Judgment affirmed.*

DECIDED JUNE 25, 1915.

Certiorari; from Butts superior court—Judge R. T. Daniel. September 4, 1914.

*C. L. Redman,* for plaintiff in error.  *J. T. Moore,* contra.

---

## 6077-6087.  COCHRAN et al. v. CITY OF JACKSON.

RUSSELL, C. J.  The decision in these cases is controlled by the ruling in *Berry* v. *City of Jackson*, ante, 479.             *Judgment affirmed.*

DECIDED JUNE 25, 1915.

Certiorari; from Butts superior court—Judge R. T. Daniel. September 4, 1914.

*C. L. Redman,* for plaintiff in error.  *J. T. Moore,* contra.